JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH SILVA, | Case No. ED CV 15-553 VAP (RAO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| NEIL MCDOWELL, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: June 09, 2016

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE